IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STACEY L. CAVENEY                                                                                    PLAINTIFF

v.                                            NO.  3:04CV00218 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 22nd day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE